# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CORY HUDSON,

        Petitioner,

v.                                                                                Case Number: 09-cv-13703
                                                                                Honorable Victoria A. Roberts

DEBRA SCUTT,

        Respondent.
_____/

## ORDER GRANTING SECOND MOTION FOR APPOINTMENT OF COUNSEL

On September 18, 2009, Petitioner Cory Hudson filed a *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. On May 26, 2010, Petitioner filed his first Motion for appointment counsel, alleging that he needed counsel to assist him in drafting his Reply Brief. Although that Motion was filed in Braille and had to be transcribed by Court staff, the Court denied the Motion because Petitioner's Reply Brief had been filed on May 11, 2010, and because Petitioner's Habeas Petition and his Reply Brief were not filed in Braille.

Pending before the Court is Petitioner's second Motion for Appointment of Counsel, along with a Letter describing his circumstances, filed on July 20, 2010. Both documents were filed in Braille and had to be transcribed again by Court staff. In this Motion, Petitioner contends that he is unable to research or prepare any Legal Briefs because of his blindness.

After careful consideration, and because Petitioner filed two Motions in Braille, the Court determines that Petitioner's circumstances have changed. Therefore, in the interests of justice, the Court finds that the appointment of counsel is necessary at this time; Petitioner has demonstrated to the Court that the assistance of counsel is required.

Accordingly, **IT IS ORDERED** that Petitioner's second "Motion for Appointment of Counsel" [Dkt. # 11] is **GRANTED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 2, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Cory Hudson by electronic means or U.S. Mail on August 2, 2010.

s/Carol A. Pinegar
Deputy Clerk